No. 241. NATIONAL BELLAS HESS, INC. *v.* DEPARTMENT OF REVENUE OF THE STATE OF ILLINOIS. Appeal from Sup. Ct. Ill. Probable jurisdiction noted. *Archibald Cox, Herman A. Benjamin* and *Julian R. Wilheim* for appellant. *William G. Clark,* Attorney General of Illinois, for appellee.

No. 101. FEDERAL TRADE COMMISSION *v.* UNIVERSALRUNDLE CORP. C. A. 7th Cir. Certiorari granted. *Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro* and *James McI. Henderson* for petitioner. *Frank C. McAleer* for respondent.

No. 173. COMMISSIONER OF INTERNAL REVENUE *v.* STIDGER ET UX. C. A. 9th Cir. Certiorari granted. *Solicitor General Marshall, Assistant Attorney General Rogovin, Jack S. Levin, Robert N. Anderson* and *Morton K. Rothschild* for petitioner.

No. 214. FLEISCHMANN DISTILLING CORP. ET AL. *v.* MAIER BREWING CO. ET AL. C. A. 9th Cir. Certiorari granted. *Moses Lasky* for petitioners. *J. Albert Hutchinson* for respondents.

No. 249. WALKER ET AL. *v.* CITY OF BIRMINGHAM. Sup. Ct. Ala. Certiorari granted. *Jack Greenberg, James M. Nabrit III, Norman C. Amaker, Leroy D. Clark, Arthur D. Shores* and *Orzell Billingsley, Jr.,* for petitioners. *J. M. Breckenridge, Earl McBee* and *William C. Walker* for respondent.